# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

STRATEGIC ENERGY CONCEPTS, LLC,

       Plaintiff,

v.

                           **ORDER**
                           Civil File No. 16-463 (MJD/BRT)

OTOKA ENERGY, LLC, et al.,

       Defendants.

Arthur G. Boylan and Christopher J. Haugen, Anthony Ostlund Baer & Louwagie PA, Counsel for Plaintiff.

Brooks F. Poley, Winthrop & Weinstine, PA, and Sean T. Carnathan O'Connor and Carnathan and Mack, LLC , Counsel for Defendants State Street Bank and Trust Company and Antrim Corporation.

       The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Becky R. Thorson dated

November 18, 2016.  Defendants State Street Bank and Trust Company and

Antrim Corporation filed objections to the Report and Recommendation.

Specifically, they objected only to the portions of the Report and

Recommendation denying the motion to dismiss Counts 4, 5, and 8.  They do not

object to the remainder of the Report and Recommendation; no other Defendants

1

have filed objections; and Plaintiff has not objected to the Report and

Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the

record of the portion of the Report and Recommendation that has been objected

to.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court

adopts the Report and Recommendation of United States Magistrate Judge

Thorson.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States
   Magistrate Judge Becky R. Thorson dated November 18, 2016 [Docket
   No. 58].

2. Defendants' Joint Motion to Dismiss [Docket No. 44] is
   **GRANTED IN PART** and **DENIED IN PART** as follows:.

   a. Defendants' motion to dismiss Count 1: Breach of Contract is
      **DENIED**;

   b. Defendants' motion to dismiss Count 2: Breach of Fiduciary
      duty is **DENIED**;

   c. Defendants' motion to dismiss Count 3: Breach of Covenant of
      Good Faith and Fair Dealing is **DENIED**;

   d. Defendants' motion to dismiss Count 4: Tortious Interference
      with Contract is **DENIED**;

    e.  Defendants' motion to dismiss Count 5: Unjust Enrichment is **GRANTED IN PART** with respect to Plaintiff's claim for unjust enrichment against Otoka and BVBD, and otherwise **DENIED**;

    f.  Defendants' motion to dismiss Count 6: Tortious Interference with Prospective Economic Advantage is **GRANTED**;

    g.  Defendants' motion to dismiss Count 7: Promissory Estoppel is **GRANTED**;

    h.  Defendants' motion to dismiss Count 8: Aiding and Abetting is **DENIED**; and

    i.  Defendants' motion to dismiss Count 9: Civil Conspiracy is **GRANTED**.

3.  All claims in Plaintiff's Amended Complaint [Docket No. 5] as to which Defendants' motion is **GRANTED** are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6).

Dated:  January 3, 2017         s/ Michael J. Davis
                                      Michael J. Davis
                                      United States District Court