# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Strategic Energy Concepts, LLC, | Civ. No. 16-463 (MJD/BRT) |
| Plaintiff, | |
| v. | |
| Otoka Energy, LLC, et al., | **Order** |
| Defendants. | |

| | |
|---|---|
| Dean Street Capital Advisors, LLC, | |
| Plaintiff, | Civ. No. 17-1781 (MJD/BRT) |
| v. | |
| Otoka Energy, LLC, et al., | |
| Defendants. | |

Arthur G. Boylan, Esq., and Steven C. Kerbaugh, Esq., Anthony Ostlund Baer & Louwagie PA, counsel for Plaintiff.

Andrew J. Pieper, Esq., Eric A. Bartsch, Esq., and Margaret E. Dalton, Esq., Stoel Rives LLP, counsel for Defendants Otoka Energy, LLC; Buena Vista Biomass Development, LLC; Buena Vista Biomass Power, LLC; and Amador Biomass, LLC.

Brooks F. Poley, Esq., Winthrop & Weinstine, PA, and Sean T. Carnathan, Esq., and Joseph P. Calandrelli, Esq., O'Connor, Carnathan and Mack, LLC, counsel for Defendants State Street Bank and Trust Company and Antrim Corporation.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated July 13, 2018. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.      Plaintiffs' motions for prejudgment garnishment (Doc. No. 99 in Civ. No. 16-463 (MJD/BRT), and Doc. No. 62 in Civ. No. 17-1781 (MJD/BRT)) are **DENIED WITHOUT PREJUDICE**.

Date:   August 8, 2018                          s/ Michael J. Davis
                                                MICHAEL J. DAVIS
                                                United States District Court Judge